UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------
Innovative Sports Management, Inc. d/b/a Integrated
Sports Media,

                            Plaintiff,                     **NOTICE OF DISMISSAL**

     -against-

                                                                  Civil Action No.
                                                                    1:20-CV-01023

YASMIN RIOS, Individually, and as officers, directors,
shareholders and/or principals of KANTU INC,

and

KANTU INC.

Defendants.
                                                  Defendants.
------------------------------------------------------------------

       Plaintiff, having compromised this action, and no party herein being an infant or incompetent, hereby moves to dismiss this matter in its entirety, with prejudice, and with each party to bear its own costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  June 16, 2020
           Ellenville, New York

                                         Innovative Sports Management, Inc. d/b/a Integrated
                                         Sports Media,

                                         By:  /s/Alexander Zachary Lonstein
                                       ALEXANDER ZACHARY LONSTEIN, ESQ. (AL7381)
                                       Attorney for Plaintiff
                                       LONSTEIN LAW OFFICE, P.C.
                                       190 South Main Street: P.O. Box 351
                                       Ellenville, NY  12428
                                       Tel:  (845) 647-8500
                                       Fax:  (845) 647-6277
                                       Email: Legal@signallaw.com
                                       *Our File No. ISM19-10NY-05*